# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORM'S RESTAURANTS; JDM HOLDINGS, LP; NORMAN CIENGA PROPERTY GROUP, LLC,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-08217-ODW-VBK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　　On June 15, 2015, the parties filed the joint Rule 26(f) Report. (ECF No. 21.) The Report describes the nature of the case and stipulates to numerous case management deadlines. The Report also states the following: "This matter was settled on April 14, 2015. The form of a joint notice of settlement and stipulation for dismissal and order was agreed to by all parties on April 22, 2015." (*Id.* at 2.) The Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **June 19, 2015**, why a notice of settlement has not been filed with the Court and why the parties filed a Rule 26(f) report if the case was already settled. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar.

/ / /

/ / /

The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

June 15, 2015

_____
                **OTIS D. WRIGHT, II
         UNITED STATES DISTRICT JUDGE**