# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA,<br><br>              Plaintiff,<br><br>    v.<br><br>NORM'S RESTAURANTS; JDM HOLDINGS, LP; NORMAN CIENGA PROPERTY GROUP, LLC,<br><br>              Defendants. | Case No. 2:14-cv-08217-ODW-VBK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

      In light of the parties' June 18, 2015 filing (ECF No. 23), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **July 3, 2015**, why settlement has not been finalized.  No hearing will be held.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.  The Court's June 22, 2015 Order to Show Cause is hereby discharged. (ECF No. 22.)

      **IT IS SO ORDERED.**

      June 18, 2015

                                                          _____<br>
                                                          **OTIS D. WRIGHT, II**<br>
                                                      UNITED STATES DISTRICT JUDGE